UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RUDOLPH BETANCOURT,<br>    Plaintiff,<br>vs.<br><br>PREMIER PLAZA OF DAVENPORT, LLC and MANNINO OF DAVENPORT INC d/b/a MANNINO'S PIZZERIA,<br>    Defendants. | Case No. 23-cv-02841-CEH-JHS |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, RUDOLPH BETANCOURT, and Defendants, PREMIER PLAZA OF DAVENPORT, LLC and MANNINO OF DAVENPORT INC d/b/a MANNINO'S PIZZERIA, by and through their respective undersigned counsel, hereby notify the Court:

**i.)** The Parties have reached a settlement that resolves all matters with all Parties.

**ii.)** The Parties need 60 days to exchange, review, and finalize their draft settlement documents, circulate the same for execution by all Parties, exchange fully executed settlement documents, and file their dismissal documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 501

Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

<u>s/ Lauren N. Wassenberg</u>
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
(561) 800-0405
WassenbergL@gmail.com

<u>s/ Eric L. Hostetler</u>
Eric L. Hostetler (FBN: 554839)
    *Attorneys for Premier Plaza*
Widerman Malek, PL
1990 W. New Haven Ave., Ste. 201
Melbourne, Florida 32904
(321) 255-2332
Eric@USLegalTeam.com
Scott@USLegalTeam.com