# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RUDOLPH BETANCOURT,

    Plaintiff,

v.                                    Case No: 8:23-cv-2841-CEH-JSS

PREMIER PLAZA OF DAVENPORT,
LLC and MANNINO OF
DAVENPORT INC,

    Defendants.

## ORDER

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 22), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. Accordingly, it is hereby

**ORDERED** that the above-captioned cause is **DISMISSED** with prejudice. The Clerk is directed to terminate pending motions and deadlines, if any, and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on May 1, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties